DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEO KOEL,**
Appellant,

v.

**LAUREN MARIE SELF** and **LMBL MANAGEMENT, LLC,**
Appellees.

No. 4D2023-2504

[November 6, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502020CC005570.

Leo Koel, West Palm Beach, pro se.

Cathleen Scott of Scott Law Team, LLC, Jupiter, for appellee Lauren Marie Self.

No appearance for appellee LMBL Management, LLC.

PER CURIAM.

Leo Koel timely appeals a county court order which, among other things, vacated a prior order granting Koel's motion to transfer the case to the circuit court. We do not have appellate jurisdiction because this case involves an appeal of a non-appealable, non-final order. *See* Fla. R. App. P. 9.130. Therefore, we dismiss this appeal.

*Dismissed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***